IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

REINIER RAVESTEIJN and
ROBERT BRUNO CIARPAGLINI,

                Petitioners,

  v.                                              ORDER
                                                    07-C-572-S

GREGORY GRAMS, MARC CLEMENTS.
JANEL NICKEL, DYLON RADTKE, DARIA
SULIENE, SANDRA SITZMAN, JAMES GREER,
KATHRYN ANDERSON and KEVIN POTTER,

                Respondents.
_____

    Petitioners have submitted a proposed complaint.  They have not paid the filing fee nor filed affidavits of indigency and certified copies of their trust fund account statements for the last six months.

    Failure to submit the filing fee or affidavits of indigency and trust fund statements by October 26, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

    IT IS ORDERED that petitioners shall submit their filing fee or indigency information by October 26, 2007 or this action may be dismissed for their failure to prosecute.

    Entered this 16th day of October, 2007.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        JOHN C. SHABAZ
                                        District Judge