IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

REINIER RAVESTEIJN and
ROBERT BRUNO CIARPAGLINI,

                Petitioners,

  v.                                                ORDER
                                                    07-C-572-S

GREGORY GRAMS, MARC CLEMENTS.
JANEL NICKEL, DYLON RADTKE, DARIA
SULIENE, SANDRA SITZMAN, JAMES GREER,
KATHRYN ANDERSON and KEVIN POTTER,

                Respondents.

---

    Petitioners were to submit the filing fee or affidavits of indigency and trust fund account statements not later than October 26, 2007. Since petitioners have not submitted this information or a filing fee, their complaint and all claims therein will be dismissed for their failure to prosecute.

ORDER

    IT IS ORDERED that petitioners' complaint and all claims contained therein is DISMISSED without prejudice for their failure to prosecute.

    IT IS FURTHER ORDERED that judgment be entered DISMISSING petitioners' complaint and all claims contained therein without prejudice.

    Entered this 1st day of November, 2007.

                                            BY THE COURT:

                                           /s/

                                           _____
                                           JOHN C. SHABAZ
                                           District Judge